IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Porter, Lonnie | Case Number: 06 B 00246 |
|---|---|---|
| | Porter, Alma | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 1/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 14, 2009
Confirmed:  March 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 77,895.00 | |
| Secured: | | 71,528.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,089.00 |
| Trustee Fee: | | 4,267.83 |
| Other Funds: | | 9.21 |
| Totals: | 77,895.00 | 77,895.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,089.00 | 2,089.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 52,312.32 | 49,406.08 |
| 4. | American General Finance | Secured | 556.34 | 488.29 |
| 5. | US Employees Credit Union | Secured | 9,233.67 | 8,008.93 |
| 6. | Municipal Collection Services | Secured | 318.41 | 0.00 |
| 7. | Lighthouse Financial Group | Secured | 3,174.08 | 2,842.30 |
| 8. | Great American Finance Company | Secured | 2,223.67 | 1,987.86 |
| 9. | Countrywide Home Loans Inc. | Secured | 8,795.50 | 8,795.50 |
| 10. | Internal Revenue Service | Priority | 7,144.14 | 0.00 |
| 11. | Municipal Collection Services | Unsecured | 1,037.12 | 0.00 |
| 12. | FCNB Master Trust | Unsecured | 892.21 | 0.00 |
| 13. | American General Finance | Unsecured | 4,786.73 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 1,285.01 | 0.00 |
| 15. | Educational Credit Management Corp | Unsecured | 28,370.64 | 0.00 |
| 16. | Ford Motor Credit Corporation | Unsecured | 7,355.25 | 0.00 |
| 17. | Sir Finance Corporation | Unsecured | 1,426.46 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 5,293.14 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 816.89 | 0.00 |
| 20. | National Capital Management | Unsecured | 1,148.56 | 0.00 |
| 21. | Check N Go | Unsecured | 1,044.93 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 8,522.23 | 0.00 |
| 23. | Great American Finance Company | Unsecured | 377.06 | 0.00 |
| 24. | AmeriCash Loans, LLC | Unsecured | 740.39 | 0.00 |
| 25. | Federal Employee Credit Union | Secured | | No Claim Filed |
| 26. | National Business Factor | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Porter, Lonnie | Case Number: 06 B 00246 |
|---|---|---|
| | Porter, Alma | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 1/11/06 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sprint | Unsecured | | No Claim Filed |
| 28. Sun Cash | Unsecured | | No Claim Filed |
| 29. Advance Til Payday | Unsecured | | No Claim Filed |
| 30. Pay Day Loans | Unsecured | | No Claim Filed |
| 31. Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 32. First Loan Acceptance | Unsecured | | No Claim Filed |
| 33. First National Credit Card | Unsecured | | No Claim Filed |
| | | $ 148,943.75 | $ 73,617.96 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 652.86 |
| 5% | 393.65 |
| 4.8% | 700.70 |
| 5.4% | 1,538.50 |
| 6.5% | 744.52 |
| 6.6% | 237.60 |
| | $ 4,267.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: